# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

### April 26, 2010

| 28873 | Jones v. Carroll | Affirmed |

### May 27, 2015

| CAAP–14–00 00983 | Bank of America, N.A. v. Santos | Affirmed |

### May 29, 2015

| CAAP–12–00 01072 | State v. Guard | Affirmed |
| CAAP–13–00 00002 | State v. Sailola | Affirmed |

### June 4, 2015

| CAAP–14–00 00851 | Central Pacific Bank v. Metcalfe | Affirmed |

### July 21, 2015

| CAAP–12–00 00870 | Association of Condominium Homeowners of Tropics at Waikele v. Sakuma | Dismissed |

### July 24, 2015

| CAAP–12–00 00890 | State v. Char | Vacated and Remanded |
| CAAP–12–00 01010 | Wells Fargo Bank, N.A. v. Teaupa | Affirmed |

### July 27, 2015

| CAAP–12–00 00744 | Federal Home Loan Mortg. Corp. v. Kana | Affirmed |

### July 28, 2015

| CAAP–13–00 01076 | Levi v. Gordon | Affirmed |